IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL PARKS** | : | Civil No. 1:15-cv-1514 |
| **Plaintiff,** | : | |
| v. | : | |
| **S. ARGUETA, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

AND NOW, this 18th day of January, 2017, **IT IS HEREBY ORDERED** that:

1) The Report and Recommendation is adopted. (Doc. 39.)

2) The Defendants' motion to dismiss and for summary judgment (Doc. 20) is **GRANTED.**

3) The clerk of court shall close this file.

4) Any appeal from this order shall be deemed frivolous and not taken in good faith.

                                                    s/Sylvia Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge