IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL PARKS,** | : | **Civil No. 1:15-cv-1514** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Judge Sylvia H. Rambo** |
| **S. ARGUETA, et al.,** | : | |
| | : | **Magistrate Judge Schwab** |
| **Defendant.** | : | |

## **O R D E R**

**AND NOW**, this 15th day of February, 2017, **IT IS HEREBY
ORDERED AS FOLLOWS**:

1) The motion to alter or amend judgment (Doc. 44) is deemed to be a motion
   for reconsideration.

2) The motion is **DENIED**.

3) Any appeal of this memorandum and order is deemed to be frivolous and not
   taken in good faith.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
